sf-3895459

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMENEH ZEYNALZADEGAN, an individual; and, LAURA McHUGH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FITBIT INC., JAMES PARK, WILLIAM R. ZERELLA, and, DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:17-cv-04297-SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record on behalf of their respective clients, that the above-captioned action be and hereby is dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: ~~June~~ July 16, 2018 | JORDAN ETH |
| 3 | | ANNA ERICKSON WHITE |
| | | MARK DAVID McPHERSON |
| 4 | | RYAN M. KEATS |
| | | MORRISON & FOERSTER LLP |

Dated: ~~June~~ July 16, 2018

JORDAN ETH
ANNA ERICKSON WHITE
MARK DAVID McPHERSON
RYAN M. KEATS
MORRISON & FOERSTER LLP

By: _/s/ CPM for/_
MARK DAVID MCPHERSON

Attorneys for Defendants
FITBIT INC., JAMES PARK, and
WILLIAM R. ZERELLA

Dated: ~~June~~ July 16, 2018

PATRICK BALDWIN
CHRISTOPHER MADER
BALDWIN MADER LAW GROUP
920 Manhattan Beach Blvd., No. 2
Manhattan Beach, CA 90266
(310) 545-0620

By: _/s/ CPM/_
CHRISTOPHER MADER

Attorneys for Plaintiffs
AMENEH ZEYNALZADEGAN and
LAURA McHUGH

---

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION
Case No. 3:17-cv-04297-EMC

sf-3895459

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/16/18

_Susan Illston_
Honorable Susan Illston

sf-3911605